**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JAMES D. NEELY, | : | No. 91 WAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN (JACK) WADDELL., JR., MONY LIFE | : | |
| INSURANCE COMPANY, AND AXA | : | |
| FINANCIAL INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.